Local AO 442 (Rev 10/11) Arrest Warrant

9046676

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### SOUTHEASTERN DIVISION

| | |
|---|---|
| United States of America<br>v.<br>Dillon John Breen<br><br>_____<br>*Defendant* | CO Cse # 16-mj-01115-CBS<br><br>Case No. 3:12-cr-105 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Dillon John Breen

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Alleged Violation(s) of Supervised Release

Date: 12/29/2015

City and state: Fargo, ND

/s/ Jackie Stewart
*Issuing officer's signature*

Jackie Stewart, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/29/15 , and the person was arrested on *(date)* 7/5/16
at *(city and state)* Denver, CO

Date: 7/5/16

_____
*Arresting officer's signature*

Brian Fielman
*Printed name and title*

PROB 12C
(Rev 2/13)

# AMENDED

## UNITED STATES DISTRICT COURT

for

### DISTRICT OF NORTH DAKOTA

CO Case # 16-mj-1115-CBS

Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Dillon John Breen          Case Number: 0868 3:12CR00105

Name of Sentencing Judicial Officer: Ralph R. Erickson, Chief U.S. District Court Judge

Date of Original Sentence: February 4, 2013

Original Offense:     Conspiracy to Possess with Intent to Distribute a Controlled Substance

Original Sentence:    16 months imprisonment / 3 years TSR

             **Revoked:** 4/7/15 – 4 months imprisonment / 2 years TSR
             **Revoked:** 11/6/15 – 3 months imprisonment / 2 years TSR

Type of Supervision: TSR          Date Supervision Commenced: 12/15/2015

Asst. U.S. Attorney: Christopher Cory Myers          Defense Attorney: Blake D. Hankey

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.)    On December 21, 2015, the defendant reported to the Cass County Jail for an outstanding warrant from a prior Possession of a Controlled Substance by an Inmate charge. The defendant was instructed to contact this officer if released from the Cass County Jail.

CERTIFIED COPY
I hereby certify that this instrument is a true and correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota
By: Jacqueline Stuwad
                    Deputy Clerk

Case 1:16-mj-01115-CBS Document 1 Filed 07/05/16 USDC Colorado Page 3 of 3
07/05/2016 11:25 3033353399 US MARSHALS PAGE 04/04

Case 3:12-cr-00105-RRE Document 46 Filed 12/29/15 Page 2 of 2

PROB 12C
(Rev. 2/13)
Breen, Dillon
0868 3:12CR00105

On December 22, 2015, he was released from the Cass County Jail. The defendant did not contact his probation officer as directed. Several collateral contacts have been made but were unsuccessful in locating the defendant. His current whereabouts are unknown.

U.S. Probation Officer Recommendation: To issue a warrant and have the defendant appear before the Court to address the alleged violations.

☐ The term of supervision should be:

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2015

/s/ Chris Ambuehl
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

/s/ Ralph R. Erickson
Signature of Judicial Officer

December 29, 2015
Date